IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| BRANDON CRAIG WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 125-222 |
| | ) | |
| DESHAWN JONES, Warden, | ) | |
| Augusta State Medical Prison, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

The above-captioned petition for a writ of habeas corpus challenges a judgment of conviction entered in the Superior Court of Gwinnett County, which is located in the Northern District of Georgia. It is the practice of this Court to transfer an action attacking a conviction to the District in which the original criminal proceedings were conducted. See 28 U.S.C. § 2241(d). Therefore, the Court **ORDERS** the transfer of this action to the United States District Court for the Northern District of Georgia for further consideration and **DIRECTS** the Clerk to immediately forward the file to that District.

For Petitioner's information, the mailing address for filings in the Northern District, including the response to the September 29, 2025 deficiency notice, is: Clerk, U.S. District Court, Northern District of Georgia, 2211 U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

SO ORDERED this 29th day of September, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA